(3) Travel Caddy's motion for an extension of time is granted.

TRAVEL SENTRY, INC.,
Plaintiff–Appellee,

v.

David A. TROPP, Defendant–Appellant.

No. 2011–1023.

United States Court of Appeals,
Federal Circuit.

March 10, 2011.

## ON MOTION

### ORDER

Upon consideration of David A. Tropp's unopposed motion to deactivate this appeal pending entry of final judgment by the United States District Court for the Eastern District of New York,

It is Ordered That:

(1) The motion is granted and the appeal is deactivated. Tropp is directed to notify this court within 14 days of the district court's entry of final judgment.

(2) All pending motions are moot.